IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFONZO GLENN, : | |
|    Petitioner : | No. 1:21-cv-01768 |
| : | |
| v. : | (Judge Kane) |
| : | |
| SUPERINTENDENT RANSOM, et al., : | |
|    Respondents : | |

## ORDER

AND NOW, this 27th day of October, 2021, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED without prejudice.

2. A certificate of appealability shall not issue.

3. The Clerk of Court is DIRECTED to close this case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania